472 A.2d 249

Commonwealth v. Miller, Appellant.

Petition for Allowance of Appeal
Denied May 11, 1984.

Submitted March 30, 1983.   John H. Corbett, Jr., Public Defender, for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.